Michael B. GRAVES, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2011–3095.

United States Court of Appeals, Federal Circuit.

June 24, 2011.

Daniel B. Volk, Department of Justice, Washington, DC, for Respondent.

Michael Ben Graves, Los Angeles, CA, pro se.

## ON MOTION

## ORDER

Michael Ben Graves moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.